UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

DIMITRIY NEZHINSKIY & JUAN VILLAR,

Defendants.
------------------------------------------------------------X

**ORDER**
25-CR-40 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the decision of the United States Court of Appeals for the Second Circuit at ECF No. 37, dated April 1, 2025 ("April 1st Decision"), vacating the Court's Order at ECF No. 23 and remanding for consideration of the adequacy of any proposed bail conditions. The Court SCHEDULES a status conference in the above-captioned action for Monday, April 7, 2025, at 12:00 Noon. The proceeding will take place in Courtroom 6H North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II. In the interest of justice, time is excluded under the Speedy Trial Act through and including that date.

SO ORDERED.

**s/ WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2025
      Brooklyn, New York