UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

DIMITRIY NEZHINSKIY & JUAN VILLAR,

                     Defendants.

**ORDER**
25-CR-40 (WFK)

------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

    The Court is in receipt of the decision of the United States Court of Appeals for the Second Circuit at ECF No. 37, dated April 1, 2025 ("April 1st Decision"), vacating the Court's Order at ECF No. 23 and remanding for consideration of the adequacy of any proposed bail conditions. The Court SCHEDULES briefing as follows:

- The Government shall submit its initial memorandum of law on ECF by 5:00 P.M. on or before Wednesday, April 23, 2025;

- Defense counsel for Defendants Dimitriy Nezhiniskiy and Juan Villar shall submit their responsive pleadings on ECF by 5:00 P.M. on or before Wednesday, May 14, 2025; and

- The Government shall submit its reply, if any, on ECF by 5:00 P.M. on or before Wednesday, June 4, 2025.

Oral argument will be held before the Honorable William F. Kuntz, II, on Monday, June 16, 2025, at 12:00 Noon in Courtroom 6H North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201. The above-captioned action has been designated a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), see ECF No. 31, and time remains

excluded under the Speedy Trial Act through and including the first day of trial on Monday, August 4, 2025.

SO ORDERED.

s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2025
      Brooklyn, New York