UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

**ORDER**
25-CR-040 (WFK)

DIMITRIY NEZHINSKIY,

            Defendant.
-------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby ORDERS the permanent remand of the defendant DIMITRIY NEZHINSKIY, (USM # 00077-506). The defendant, DIMITRIY NEZHINSKIY, is hereby immediately remanded to the custody of the United States Marshal Service.

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2025
      Brooklyn, New York