U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRM:KPO
F. #2025R00053

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 21, 2025

By E-Mail and ECF

The Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Dimitriy Nezhinskiy, et al.
      Criminal Docket No. 25-40 (WFK)

Dear Judge Kuntz:

At the status conference held on April 7, 2025, the Court permitted the parties to meet and confer with respect to amending the current briefing schedule for submissions addressing pretrial detention consistent with the Second Circuit's decision. The parties submit this letter to advise the Court that they are jointly seeking to amend the briefing schedule. The parties propose the following schedule: (1) defendants' submissions, including proposed finding of facts and conclusion of law, due May 14, 2025; (2) the government's submission, including proposed finding of facts and conclusion of law, due June 4, 2025; and (3) oral argument June 16, 2025 at 12:00 p.m. Accordingly, the parties respectfully request that the Court impose the briefing schedule proposed in this letter.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:   /s/
Michael R. Maffei
Katherine P. Onyshko
Sean M. Sherman
Assistant U.S. Attorneys
(718) 254-7000

The application is ___granted___
SO ORDERED  ~~denied~~
/s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Apr/21/2025
Brooklyn, New York

cc:   David Eskew, Esq. (by ECF)
      Peter Toumbekis, Esq. (by ECF)
      Clerk of Court (WFK) (by ECF)