

**DAVID M. ESKEW**
(646) 970-7342 (direct dial)
deskew@aellaw.com
aellaw.com

**256 Fifth Avenue, 5th Floor**
**New York, New York 10001**

May 15, 2025

**By ECF**

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *U.S. v. Dimitriy Nezhinskiy and Juan Villar*, Crim. No. 25-40 (WFK)

Dear Judge Kuntz:

  We submit this letter on behalf of defendant Dimitriy Nezhinskiy to respectfully inform the Court that he does not presently intend to contest the Court's order or government's motion for continued pretrial detention.

  As the Court is aware, Mr. Nezhinskiy was arrested on February 4, 2025, on charges of conspiracy to receive stolen property and receipt of stolen property under 18 U.S.C. §§ 371 and 2315, respectively. Dkt. # 1. On February 7, 2025, this Court ordered Mr. Nezhinskiy detained pending trial. Dkt. # 23. Mr. Nezhinskiy took an appeal to the Second Circuit, which, on April 1, 2025, vacated the detention order and remanded the matter for further proceedings. *See* Case No. 25-346, Dkt. # 37.1. On April 7, 2025, this Court conducted a status conference and ordered the parties to set a further briefing schedule to address, among other things, the government's request for continued pretrial detention and the Circuit's ruling. On April 21, 2025, the Court "so ordered" a briefing schedule. Dkt. # 48.

  Mr. Nezhinskiy does not wish to contest the Court's order or the government's request for continued pretrial detention at this time. Mr. Nezhinskiy reserves his right to submit an appropriate motion in the future should his position regarding pretrial detention change.

We thank the Court for its time and attention to this case.

>Respectfully submitted,
>
>Abell Eskew Landau LLP
>
>*/s/ David M. Eskew*
>By: David M. Eskew
>*Counsel for Defendant*

Abell Eskew Landau LLP | deskew@aellaw.com | (646) 970-7342 | aellaw.com