

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRM/KPO/SMS
F. #2025R00053

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 30, 2025

<u>By ECF and E-Mail</u>

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Dimity Nezhinskiy</u>
               <u>Case Nos. 25-CR-40 (WFK)</u>

Dear Judge Kuntz:

      The government writes on behalf of the parties to advise the Court that the parties have reached an agreement on a resolution of this case and to jointly request that a change of plea hearing be scheduled in the above-captioned matter. The parties propose that the change of plea hearing take place on July 18, 2025 during the currently schedule conference.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   <u>/s/ Katherine P. Onyshko</u>
      Katherine P. Onyshko
      Michael R. Maffei
      Sean M. Sherman
      Assistant U.S. Attorneys
      (718) 254-6177

CC:    Clerk of the Court (WFK)
        Defense Counsel