To The Honorable Judge William F. Kuntz 11

US District Court of New York, Brooklyn

Criminal Docket For Case#:1:25-cr-00040-WFK All Defendant

Case Title  USA v. Nezhinskiy et al

From: Isaiah Thompson

290 Putnam Ave, Brooklyn, New York 11226

Tel # 347 262 8712   247-385-9907

Email address: Denisongeorgevie@yahoo.com

December 15 2025

Dear Honorable Judge William F. Kuntz 11, My name is Isaiah Thompson George and I am writing to kindly request that you authorize the release of my personal property that was confiscated when the government raided the defendant's business palace and took possession of all the goods that were at the location.

At the time the defendant's business place "Pawn Broker Shop" was raided by the government, I had my 'Jewelry'secured at the location, used as a pledge to secure a loan from the defendant. I was always under the understanding that the defendant was operating a legal lending., Pawn Brookage Loan Shop." and have done business of such with this business before.

    Whenever things got tough with me financially I always used my Jewelry as security collateral to secure a loan to pay my bills then retrieve them later and payback the loan. Therefore, your honor having my jewelry back is very valuable to me and serve as an economic security means to me so that is why i am seeking your help to have my property return to me

Let me make it absolutely clear to you Honorary Judge Kunta, I had nothing to do with the criminal behavior the defendant;s is accused of. I am not or, I was never involved or accused with criminal behavior the defendant is accused of and knows nothing about the defendants other than taking my Jewelry to the defendant's business for a legal loan. Also I believe my property is not in any way related to any criminal activity as it relates to the defendants.

I believe my situation as it relates to my Jewelry being confiscated is unfortunate and regrettable. I only found out about this case when I went to the defendant's prior business place to get my Jewelry and I saw the sign in the window informing customers to contact the US Attorney's office to get information about their property and the closure of the business.

Currently, I have my pledge ticket with my name on it and I believe my property will be easy to identify.

Your Honor, I Humbly Wait Your Response

**Thank You Very Much**

*[signature: Isaiah N Thompson]*

**Isaiah Thompson**

See attached documents

REC'D IN PRO SE OFFICE
DEC 22 '25 PM 3:09

CUSTAPP,MJSELECT-VMS

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:25-cr-00040-WFK All Defendants

Case title: USA v. Nezhinskiy et al                    Date Filed: 01/30/2025

---

Assigned to: Judge William F. Kuntz, II

**Defendant (1)**
**Dimitriy Nezhinskiy**                represented by   **David M. Eskew**
                                                        Abell Eskew Landau LLP
                                                        256 5th Avenue
                                                        Ste 5th Floor
                                                        New York, NY 10001
                                                        646-970-7342
                                                        Fax: 646-970-7345
                                                        Email: deskew@aellaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Todd D. Greenberg**
                                                        Addabbo & Greenberg
                                                        118-21 Queens Blvd.
                                                        Suite 306
                                                        Forest Hills, NY 11375
                                                        718-268-0400
                                                        Fax: 718-575-9869
                                                        Email: todd@queenslaw.com
                                                        *TERMINATED: 03/06/2025*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Vincent J. Licata**
                                                        Vincent J. Licata P.C.
                                                        225 Broadway
                                                        Suite 3707
                                                        New York
                                                        New York, NY 10007
                                                        212-349-6565
                                                        Fax: 212-349-5781
                                                        Email: lawoffice225@aol.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

# BIG APPLE GENERAL BUYERS IS CLOSED

## FOR YOUR CONCERNS PLEASE EMAIL FBI:

TO: diamonddistrict@fbi.gov

Subject: BIG APPLE GENERAL BUYERS

THANK YOU

NDS · JEWELRY

**PLEASE NOTE!**

DIAMOND DISTRICT GOLD BUYERS PAWN BROKERS

LICENSE NUMBER: 2128042-DCWP

CURRENTLY NOT MAKING ANY LOANS OR PAWNS

MANAGEMENT DATE 05-06-2025